Certificate Number: 03088-TXW-CC-005883742

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 15, 2009, at 10:01 o'clock PM CST,

Christopher C Famalette received from

Debt Education and Certification Foundation,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: January 15, 2009

By /s/Mikki Archer

Name Mikki Archer

Title Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

09-10137-frm Doc#2 Filed 01/21/09 Entered 01/21/09 20:46:46 Main Document Pg 1 of 1