## HOUSEHOLD GOODS & FURNITURE (Fair Market Value of Each Item)

Living Room:
- $350 Sofa
- $250 Love Seat
- $150 Recliner #2 Recliner $75-
- $20 Side Chair
- $20 Rocking Chair (outside)
- $20 - Coffee Table
- $15 - End Table
- $15 - End Table
- $25 - Bookcase
- $250 TV #2 TV $250-
- $50 Desk
- $20 VCR/DVD Player
- $25 Stereo
- $50 Stereo Cabinet
- $75 Lamps
- $125 - Computer
- Other:
- $ ___
- $ ___

1240

Kitchen/Dining Room:
- $75 - Stove
- $400 - Refrigerator
- $100 - Dishwasher
- $ ___ Trash Compactor
- $75 - Microwave
- $45 - Table
- $4x15 Chairs
- $50 - Dining Table
- $5x15 Dining Chairs
- $30 - China Cabinet
- $ - Buffet
- $250 - Small Appliances
- $100 - Pots & Pans
- $50 - Dishes & Glassware
- $35 - Flatware
- $ - China
- $ - Silver
- Other:
- $ ___

Bedroom 1
- $125 - King-size Bed
- $ ~~75~~ Queen-size Bed
- $ ___ Double Bed
- $ ___ Single Bed
- $ ___ Single Bed
- $ ___ Twin Beds
- $ ___ Crib
- $75 - Dresser
- $ ___ Chest of Drawers
- $2x$45- Night Stand
- $ ___ Clocks
- $ ___ Cedar Chest
- Other:
- $ ___
- $ ___

245

Bedroom 2
- $ ___
- $75 -
- $ ___
- $ ___
- $ ___
- $ ___
- $ ___
- $ ___
- $ ___
- $30 -
- $ ___
- $ ___
- $15 - Desk
- $ ___

120

Bedroom 3
- $ ___
- $45 -
- $ ___
- $ ___
- $ ___
- $ ___
- $ ___
- $ ___
- $ ___
- $2x$45
- $ ___
- $ ___
- $35 - TV Hutch
- $ ___

175

Bathroom:
- $100 - Towels & Linens
- Other:
- $ ___

Garage/Utility:
- $300 - Washer
- $250 - Dryer
- $ ___ Freezer
- $100 - Misc. Hand Tools
- $50 - Misc. Garden Tools
- $300 - Misc. Electric Tools
- $1500 - Lawnmower

1100

Misc. General Household Goods:
- $75 - Camera
- $ ___ Record Albums
- $ ___ Cassettes
- $ ___ Video Tapes
- $45 - Radios
- $ ___ Vacuums
- $150 - Other: DVD's
- $ ___ Other:

270

4485