IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN THE MATTER OF:                                         CASE NO. 09-10137

CHRISTOPHER C. FAMALETTE AND DOROTHEA J.
FAMALETTE, F/D/B/A ROCKY MOUNTAIN
CHOCOLATE FACTORY

  DEBTOR                                                            CHAPTER 7

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

  Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P.O.Box 1269, Round Rock, Texas 78680, will appear as counsel for County of Williamson in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated : February 10, 2009

                                               Respectfully submitted,

                                               McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                               Attorneys for Claimant, County of Williamson
                                               P. O. Box 1269
                                               Round Rock, Texas 78680
                                               (512) 323-3200

                                               /s/ Lee Gordon
                                               _____
                                               Lee Gordon
                                               State Bar Number 08212500

CERTIFICATE OF SERVICE

  I hereby certify that I have placed a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents to Charles Nettles, Jr., Attorney for Debtor, 1524 S. IH-35, Ste. 233, Austin, TX 78704; Randolph Osherow, Trustee, 342 W. Woodlawn, Ste. 100, San Antonio, TX 78212, on February 10, 2009, by First Class U. S. Mail or by Electronic Notification.

                                               /s/ Lee Gordon
                                               _____
                                               Lee Gordon