**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.    09-10137-FRM |
| CHRISTOPHER C. FAMALETTE & DOROTHEA J. FAMALETTE | § | |
| DEBTOR(S), | § | CHAPTER    7 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Round Rock ISD**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
>THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
>P.O. BOX 17428
>AUSTIN, TX 78760-7428
>Telephone:    (512)447-6675
>Facsimile:    (512)443-5114
>Email:    austin.bankruptcy@publicans.com
>
>By:/s/ Diane W. Sanders
>   Diane W. Sanders        State Bar No.    16415500

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| | |
|---|---|
| CHARLES R. NETTLES | RANDOLPH N. OSHEROW |
| ATTORNEY AT LAW | TRUSTEE |
| 1524 S. IH 35 #233 | 342 WEST WOODLAWN #100 |
| AUSTIN, TX 78704-2600 | SAN ANTONIO, TX 78212 |

Dated this   14th day of March, 2009.         /s/ Diane W. Sanders
                                              Diane W. Sanders