Certificate Number: 03088-TXW-DE-006712770

Bankruptcy Case Number: 09-10137

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 12, 2009, at 9:43 o'clock PM CDT

Christopher C Famalette completed a course on personal financial management given by internet and telephone by

Debt Education and Certification Foundation,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: April 12, 2009     By     /s/David Bullock

                        Name   David Bullock

                        Title  Counselor

FILED APR 13 2009 U.S. BANKRUPTCY COURT, DEPUTY

Certificate Number: 03088-TXW-DE-006712769

Bankruptcy Case Number: 09-10137

# CERTIFICATE OF DEBTOR EDUCATION

FILED
APR 13 2009
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

I certify that on April 12, 2009, at 9:43 o'clock PM CDT,

Dorothea J Famalette completed a course on personal financial management given by internet and telephone by

Debt Education and Certification Foundation,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: April 12, 2009

By /s/David Bullock

Name David Bullock

Title Counselor