UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-10137 |
| | | CHAPTER 13 |
| | § | |
| | | FRANK R. MONROE |
| | § | |
| Christopher C. Famalette | | |
| Dorothea J. Famalette | § | REQUEST FOR NOTICE |
| | | FOR CREDITOR (DYCK-O'NEAL) |

Comes now a party in interest, Dyck-O'Neal, Inc., and respectfully requests notice in the above identified case.

Please send all future notices to the following address:

Dyck-O'Neal, Inc.
P.O. Box 13370
Arlington, TX  76094

Respectfully submitted,

/s/ Melissa Gattis
Dyck-O'Neal, Inc.
Bankruptcy Dept.
P.O. Box 13370
Arlington, TX  76094
(800) 418-9401

Electronic or mailed copies to:

Randolph N. Osherow
342 West Woodlawn, Suite 100
San Antonio, TX 78212

Charles R. Nettles, Jr.
1524 South IH-35, Suite 233
Austin, TX 78704

135476285